FILED

AUG 18 2021

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**Sealed**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. |
| | ) | |
| JOHN CALVIN HARVILLE, JR., and | ) | -01  1:21-cr-0242 JRS-DML |
| KENNETH MORGAN ADDISON, | ) | -02 |
| a/k/a "Moe", | ) | |
| | ) | |
| Defendants. | ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Accessory After the Fact
### 18 U.S.C. § 3

Beginning on or about November 1, 2019, and continuing through and including on or about December 11, 2019, in Madison and Hamilton Counties, within the Southern District of Indiana and elsewhere, defendants

**JOHN CALVIN HARVILLE, JR., and
KENNETH MORGAN ADDISON, a/k/a "Moe",**

knowing that LISA ANN RAINES had committed an offense against the United States, received, relieved, comforted, and/or assisted LISA ANN RAINES in order to hinder or prevent her apprehension, trial, and/or punishment.

All of which is in violation of Title 18, United States Code, Sections §§ 3 and 2.

## COUNT 2
### Obstruction of Justice
### 18 U.S.C. § 1505

Beginning on or about November 1, 2019, and continuing through and including on or about December 11, 2019, in Madison and Hamilton Counties, within the Southern District of Indiana and elsewhere, defendants

**JOHN CALVIN HARVILLE, JR., and
KENNETH MORGAN ADDISON, a/k/a "Moe",**

corruptly obstructed and/or impeded the due and proper administration of the law under which any pending proceeding is being had before the Federal Bureau of Investigation, a division of the United States Department of Justice, which is a department or agency of the United States Government.

All of which is in violation of Title 18, United States Code, Sections 1505 and 2.

A TRUE BILL:

FOREPERSON

JOHN E. CHILDRESS
Acting United States Attorney

By: _____
Bradley P. Shepard
Assistant United States Attorney

By: _____
James M. Warden
Assistant United States Attorney