Case 1:21-cr-00242-JRS-KMB   Document 94   Filed 01/29/24   Page 1 of 1 PageID #: 567

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America
v.
Kenneth Morgan Addison

Case No: 1:21CR00242-001
USM No: 62770-509

Date of Original Judgment: 04/10/2023
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Jacob Leon
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __36 months__ months **is reduced to** __Time Served__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __04/10/2023__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 1/29/2024

*Judge's signature*

Effective Date: 02/01/2024
*(if different from order date)*

Honorable James R. Sweeney II, U.S. District Court Judge
*Printed name and title*